■ JASON STEVENS, Respondent, v PETER DORSANEO, Appellant. [700 NYS2d 887] —Order unanimously reversed on the law without costs and motion granted. Memorandum: Supreme Court abused its discretion in denying defendant's motion for a bifurcated trial in this personal injury action. Plaintiff did not oppose the motion and thus a fortiori failed to establish the need to depart from the general rule that "issues of liability and damages in a negligence action are distinct and severable issues which should be tried and determined separately" (*Martinez v Town of Babylon,* 191 AD2d 483, 484; *see, Loncz v Blagrove,* 254 AD2d 735, 736; *Cutsogeorge v Hertz Corp.,* 239 AD2d 540; *see also,* 22 NYCRR 202.42 [a]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Bifurcate Trial.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.